UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


HASSAN AOUN,

      Plaintiff,

v.                                                                          Case No. 25-cv-12044
                                                                            HON. MARK A. GOLDSMITH
CITY OF DEARBORN, et al.,

      Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT(Dkt. 67)

This case originated in this Court by Plaintiff Hassan Aoun's filing of a hybrid document entitled Complaint and Notice of Removal (Dkt. 1), which purported to remove his criminal misdemeanor case from a Michigan district court and assert civil claims, as well. In its order remanding the criminal misdemeanor case to state court and dismissing the civil claims (Dkt. 63), the Court did not specify that the dismissal of the civil claims was without prejudice. Similarly, the judgment that followed (Dkt. 64) did not so specify. Plaintiff has now filed a motion for relief from judgment (Dkt. 67) seeking clarification that the civil claims were dismissed without prejudice.

Although Plaintiff filed a notice of appeal before filing the instant motion, the Sixth Circuit has issued a notice stating that it is holding the appeal in abeyance, pending this Court's decision on the motion. Aoun v. City of Dearborn, Sixth Cir. Case No. 26-1306, Notice re Case Held in Abeyance (Dkt. 3). That suffices to allow this Court to address Plaintiff's motion. See Fed. R. Civ. P. 60(a) (allowing a district court to consider a Rule 60 motion after "an appeal has been docketed in the appellate court and while it is pending… only with the appellate court's leave").

Plaintiff is correct that the dismissal of the civil claims must be without prejudice. That follows from the fact that the dismissal was grounded in a lack of jurisdiction, see Op. at PageID.1507.  A dismissal based on lack of jurisdiction is not on the merits of a claim and is, necessarily, a dismissal without prejudice. See Ernst v. Rising, 427 F.3d 351, 367 (6th Cir. 2005) ("[D]ismissals for lack of jurisdiction should generally be made without prejudice.").

Although the opinion and judgment did not specify otherwise, the Court now clarifies that the dismissal of the civil claims was without prejudice.

**SO ORDERED.**

Dated: April 17, 2026                          s/Mark A. Goldsmith
Detroit, Michigan                              MARK A. GOLDSMITH
                                               United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 17, 2026.

                                               s/Joseph Heacox
                                               JOSEPH HEACOX
                                               Case Manager

2